| United States Bankruptcy Court<br>District of Nevada<br>Las Vegas Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Electronic Game Card, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):   **87-0570975** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**8581 Santa Monica Blvd.**<br>**Suite 418**<br>**Los Angeles, CA**        ZIP CODE  **90069** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)
_____

**Nature of Business** (Check **one** box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Electronic Game Card, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>    X    **Not Applicable** _____<br>         Signature of Attorney for Debtor(s)       Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

         _____
         (Name of landlord that obtained judgment)

         _____
         (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Electronic Game Card, Inc.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Not Applicable**<br>Signature of Debtor<br><br>X **Not Applicable**<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X **Not Applicable**<br>(Signature of Foreign Representative)<br><br>(Printed Name of Foreign Representative)<br><br>Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X **/s/ Lenard E. Schwartzer**<br>Signature of Attorney for Debtor(s)<br><br>**Lenard E. Schwartzer, Esq.  Bar No.  0399**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Schwartzer & McPherson Law Firm**<br>Firm Name<br><br>**2850 South Jones Boulevard, Suite 1 Las Vegas, NV  89146**<br>Address<br><br>**702-228-7590          702-892-0122**<br>Telephone Number<br><br>**9/28/2010**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X **Not Applicable**<br><br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Kevin Donovan**<br>Signature of Authorized Individual<br><br>**Kevin Donovan**<br>Printed Name of Authorized Individual<br><br>**CEO and Interim Co-Chairman**<br>Title of Authorized Individual<br><br>**9/28/2010**<br>Date | |

# United States Bankruptcy Court

## District of Nevada
### Las Vegas Division

In re:                                                                                                  Case No. _____

                                                                                                        Chapter    **7**

**Electronic Game Card, Inc.**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

    I, **Kevin Donovan**, declare under penalty of perjury that I am the **CEO and Interim Co-Chairman** of **Electronic Game Card, Inc.**, a **Nevada** Corporation and that on **09/28/2010** the following resolution was duly adopted by the  of this Corporation:

    "Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

    Be It Therefore Resolved, that **Kevin Donovan**, **CEO and Interim Co-Chairman** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the Corporation; and

    Be It Further Resolved, that **Kevin Donovan**, **CEO and Interim Co-Chairman** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

    Be It Further Resolved, that **Kevin Donovan**, **CEO and Interim Co-Chairman** of this Corporation, is authorized and directed to employ **Lenard E. Schwartzer, Esq.**, attorney and the law firm of **Schwartzer & McPherson Law Firm** to represent the Corporation in such bankruptcy case."

Executed on:  **9/28/2010**                                     Signed:  **/s/ Kevin Donovan**
                                                                         **Kevin Donovan**

# LIST OF CREDITORS

| | | |
|---|---|---|
| | Imtech Graphics<br>545 Dell Road<br>Carlstadt NJ 07072 | Perrelo & Company<br>Attn: Mr. Joseph Perrelo<br>371 West 117th St, 4D<br>New York NY 10026 |
| | Jeffrey Green Russell Solicito<br>Waverly House<br>7-12 Noel Street<br>London W1F-8GQDX UK<br>44627 Mayfair | Poken Inc<br>Pier 38, Suite 225<br>The Embarcadero<br>San Francisco CA 94017 |
| Anna Houssels<br>208 South Rios Ave.<br>Solana Beach, CA 92075 | Kevin Donovan<br>8581 Santa Monica Blvd<br>#418<br>West Hollywood CA 90069 | PR Newswire Assoc LLC<br>PO Box 5897<br>New York NY 10087-5897 |
| Continental Stock Transfer & T<br>c/o Mr. Frank A. DiPaolo<br>17 Battery Place<br>New York, NY 10004-1123 | Lewis and Roca LLP<br>Attn: Mr. Thomas Morgan<br>40 North Central<br>Phoenix AZ 85004 | Rutan & Tucker LLP<br>611 Anton Blvd, 14th Flr<br>Costa Mesa CA 92626 |
| Est Lord Leonard Steinbe<br>c/o Slater Heelis Solici<br>Dovecote House<br>Old Hall Road, Sale Moor<br>Cheshire M33 2HG | Mendoza Berger & Co LLP<br>Attn: Mr. James F Berger<br>9838 Research Drive<br>Irvine CA 92618 | Scientific Games International<br>1500 Bluegrass Lakes Pkw<br>Alpharetta GA 30004 |
| Eugene Christiansen<br>Christiansen Capital Adv<br>250 West 57th St #432<br>New York NY 10107 | Morgan Investment<br>PO Box 22845<br>Salt Lake City UT 84122 | Sean Conley<br>659 Dell Street<br>Solana Beach CA 92075 |
| GC Andersen Partners LLC<br>Attn: Mr. Steven Crowley<br>430 Park Avenue #701<br>New York NY 10022 | Mostra LTD UK<br>Attn: Mr. David Adshead<br>69-71 Leonard Street<br>London EC2A 4QS UK | Shane Henly Sutton P.C.<br>150 East 58th Street<br>25th Floor<br>New York NY 10022 |
| Grannus Financial Advisors Inc<br>1120 Ave of the Americas<br>Suite 400<br>New York NY 10036 | Motherhood Incorporated<br>34250 McEnnery Canyon Rd<br>Acton CA 93510 | Shearman & Sterling LLP<br>Attn: Jerome Fortinsky<br>599 Lexington Avenue<br>New York NY 10022-6069 |
| H. Shepard Boone<br>12 Verona Drive<br>Riverside CT 06878 | Mr. Joseph Perello<br>Catch New York<br>27 West 20th St, 9th Flr<br>New York NY 10011 | Sovereign Game Cards LLC<br>3235 E Camelback Road<br>Suite 121<br>Phoenix AZ 85018 |
| Highland Business Services<br>Attn: Ms. Marie Moffett<br>PO Box 9892<br>Phoenix AZ 85068 | Paul D. Farrell<br>Bronson Point Mgmt LLC<br>1960 Bronson Road<br>Fairfield CT 06824 | Storeys Removal Ltd, UK<br>Unit 1, The Old Quarry<br>Springwell Lane<br>Rickmansworth<br>Hertforshire WD3 8UU UK |

The Lift Inc.
770 11th Avenue
San Diego CA 92101


Thomas E. Schiff
1516 Keel Drive
Corona Del Mar CA 92625


Vinkmedia
141 So. Clark Drive #201
Los Angeles CA 90048


Vintage Filings
150 West 46th Street
New York NY 10036


Webnet Hosting LLC
11710 Old Georgetown Rd
Suite 1122
Rockville MD 20852


Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York NY 10110

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
LAS VEGAS DIVISION

In re:                                                    )         Bankruptcy No.:
                                                          )
**Electronic Game Card, Inc.**                            )         Chapter          7
                                                          )
                                                          )
                                                          )         VERIFICATION OF CREDITOR
                                                          )         MATRIX
                                                          )
                                                          )
                       Debtor(s).                         )
                                                          )

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **9/28/2010**                                        Signature **/s/ Kevin Donovan**
                                                                                                     **Kevin Donovan**

vercredmatrix.wpd rev. 4/12/07

| | | |
|---|---|---|
| Electronic Game Card, Inc.<br>8581 Santa Monica Blvd.<br>Suite 418<br>Los Angeles, CA 90069 | Imtech Graphics<br>545 Dell Road<br>Carlstadt NJ 07072 | Perrelo & Company<br>Attn: Mr. Joseph Perrelo<br>371 West 117th St, 4D<br>New York NY 10026 |
| Lenard E. Schwartzer, Esq.<br>Schwartzer & McPherson Law Fir<br>2850 South Jones Boulevard, Su<br>Las Vegas, NV  89146 | Jeffrey Green Russell Solicito<br>Waverly House<br>7-12 Noel Street<br>London W1F-8GQDX UK<br>44627 Mayfair | Poken Inc<br>Pier 38, Suite 225<br>The Embarcadero<br>San Francisco CA 94017 |
| Anna Houssels<br>208 South Rios Ave.<br>Solana Beach, CA 92075 | Kevin Donovan<br>8581 Santa Monica Blvd<br>#418<br>West Hollywood CA 90069 | PR Newswire Assoc LLC<br>PO Box 5897<br>New York NY 10087-5897 |
| Continental Stock Transfer & T<br>c/o Mr. Frank A. DiPaolo<br>17 Battery Place<br>New York, NY 10004-1123 | Lewis and Roca LLP<br>Attn: Mr. Thomas Morgan<br>40 North Central<br>Phoenix AZ 85004 | Rutan & Tucker LLP<br>611 Anton Blvd, 14th Flr<br>Costa Mesa CA 92626 |
| Est Lord Leonard Steinbe<br>c/o Slater Heelis Solici<br>Dovecote House<br>Old Hall Road, Sale Moor<br>Cheshire M33 2HG | Mendoza Berger & Co LLP<br>Attn: Mr. James F Berger<br>9838 Research Drive<br>Irvine CA 92618 | Scientific Games International<br>1500 Bluegrass Lakes Pkw<br>Alpharetta GA 30004 |
| Eugene Christiansen<br>Christiansen Capital Adv<br>250 West 57th St #432<br>New York NY 10107 | Morgan Investment<br>PO Box 22845<br>Salt Lake City UT 84122 | Sean Conley<br>659 Dell Street<br>Solana Beach CA 92075 |
| GC Andersen Partners LLC<br>Attn: Mr. Steven Crowley<br>430 Park Avenue #701<br>New York NY 10022 | Mostra LTD UK<br>Attn: Mr. David Adshead<br>69-71 Leonard Street<br>London EC2A 4QS UK | Shane Henly Sutton P.C.<br>150 East 58th Street<br>25th Floor<br>New York NY 10022 |
| Grannus Financial Advisors Inc<br>1120 Ave of the Americas<br>Suite 400<br>New York NY 10036 | Motherhood Incorporated<br>34250 McEnnery Canyon Rd<br>Acton CA 93510 | Shearman & Sterling LLP<br>Attn: Jerome Fortinsky<br>599 Lexington Avenue<br>New York NY 10022-6069 |
| H. Shepard Boone<br>12 Verona Drive<br>Riverside CT 06878 | Mr. Joseph Perello<br>Catch New York<br>27 West 20th St, 9th Flr<br>New York NY 10011 | Sovereign Game Cards LLC<br>3235 E Camelback Road<br>Suite 121<br>Phoenix AZ 85018 |
| Highland Business Services<br>Attn: Ms. Marie Moffett<br>PO Box 9892<br>Phoenix AZ 85068 | Paul D. Farrell<br>Bronson Point Mgmt LLC<br>1960 Bronson Road<br>Fairfield CT 06824 | Storeys Removal Ltd, UK<br>Unit 1, The Old Quarry<br>Springwell Lane<br>Rickmansworth<br>Hertforshire WD3 8UU UK |

The Lift Inc.
770 11th Avenue
San Diego CA 92101


Thomas E. Schiff
1516 Keel Drive
Corona Del Mar CA 92625


Vinkmedia
141 So. Clark Drive #201
Los Angeles CA 90048


Vintage Filings
150 West 46th Street
New York NY 10036


Webnet Hosting LLC
11710 Old Georgetown Rd
Suite 1122
Rockville MD 20852


Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York NY 10110